**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1800**

HUO YING LIEN,

        Petitioner,

    v.

MICHAEL B. MUKASEY, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  January 7, 2009      Decided:  January 22, 2009

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Huo Ying Lien, Petitioner Pro Se.  Javier Balasquide, DEPARTMENT OF HOMELAND SECURITY, Arlington, Virginia; Brianne Whelan Cohen, Trial Attorney, Carol Federighi, Senior Litigation Counsel, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; George William Maugans, III, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Huo Ying Lien, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the Immigration Judge's decision dismissing her applications for relief from removal. We have reviewed the administrative record and Lien's claims and find no error in the agency decisions. See 8 C.F.R. § 1208.10 (2008). We accordingly deny the petition for review for the reasons stated by the Board. See In Re: Lien (B.I.A. June 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED